152 A.3d 984

Kevin D. ROCKTASCHEL, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee

No. 5 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: December 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of December, 2016, the order of the Commonwealth Court is hereby **AFFIRMED.**